JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JEFFREY SANNA, | CV 07-04277 ABC (RCx) |
| Plaintiff, | JUDGMENT |
| v. | |
| HOME DEPOT USA INC., | |
| Defendant. | |

Pursuant to Plaintiff's acceptance of Defendant's offer of judgment, the Court **ORDERS** that **JUDGMENT BE ENTERED** in favor of Plaintiff against Defendant in the total sum of Forty Thousand and One Dollars ($40,001), plus reasonable statutorily recoverable costs and reasonable attorneys fees as of the date of the Offer to be determined by motion to the Court. All calendared dates in this matter are hereby **VACATED**.

**IT IS SO ORDERED.**

**DATED:    May 28, 2009**

_____
**AUDREY B. COLLINS, CHIEF JUDGE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**